# United States District Court

SOUTHERN **DISTRICT OF** TEXAS

UNITED STATES OF AMERICA
V.
BERRONES-Moncivais, Adan Eduardo,
YOB: 1995, USC

**CRIMINAL COMPLAINT**

CASE NUMBER: M-18-0710-M

United States District Court
Southern District of Texas
FILED
APR 04 2018

, Clerk of Court

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 4, 2018__ in __Hidalgo__ county, in the __Southern__ District of __Texas__ defendant(s) did,

Knowingly and Intentionally possess with the Intent to Distribute approximately 402.43 kilograms of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally conspire to possess with the Intent to Distribute approximately 402.43 kilograms of Marijuana, a Schedule I Controlled Substance.

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Task Force Officer__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof: X Yes __ No

Approved by

Signature of Complainant
Carlos Mireles, DEA Task Force Officer

Sworn to before me and subscribed in my presence,

April 4, 2018                                      At    McAllen, Texas
Date                                                     City and State

J. Scott Hacker, U.S. Magistrate Judge
Name & Title of Judicial Officer                         Signature of Judicial Officer

## Attachment

On April 4, 2018, at approximately 12:12 am, Sgt. D. Martinez from the Hidalgo Police Department was patrolling the Hidalgo Valet Paid Parking lot located at 721 Joe Pate Blvd, Hidalgo, Texas. The parking lot is a known staging point for human and drug smuggling, due to its close proximity to the Rio Grande River. While in the area, Sgt. Martinez noticed a storm drain cover that was uncovered on the south side of the parking lot. Sgt. Martinez also noticed a white box truck parked over the storm drain cover. Sgt. Martinez approached the storm drain cover and noticed a strong odor of marijuana emitting from a box truck that was parked directly above the storm drain cover. Sgt. Martinez walked over towards the storm drain cover, and looked under the truck. Sgt. Martinez noticed that the box truck had an opening in the bottom of the truck that was uncovered, and was able to see bundles of marijuana inside the box truck through the opening. Sgt. Martinez also noticed bundles of marijuana inside the storm drain. At this time, Sgt. Martinez radioed in for assistance.

Once a second Hidalgo Police Officer and Border Patrol Agents arrived at the location, they noticed that the cargo door to the box truck was unsecured. Sgt. Martinez then opened the cargo door to the box truck and noticed a male subject, later identified as Adan Eduardo BERRONES-Moncivais sitting on the floor of the box truck. The officers also located a total of 235 packages of marijuana from inside the box truck and within reaching distance from inside the storm drain, with an approximate weight of 272.43 kilograms. The officers could see that the drain contained several other marijuana bundles, but could not be reached at this time. Hidalgo PD along with Border Patrol Agents secured the area. BERRONES-Moncivais was transported to the Hidalgo Police Department and was charged with Possession of Marijuana.

Border Patrol Agents later entered the drain and recovered 8 additional bundles of marijuana with an approximate weight of 130 kilograms.

On this same date, at approximately 10:16 am, DEA Agents from the McAllen District Office made contact with BERRONES-Moncivais at the Hidalgo Police Department. While at the location, Agents read BERRONES-Moncivais his Miranda Warnings and waived his rights. BERRONES-Moncivais advised Agents that he was asked by an unidentified subject to get into the box truck and load the box truck with the marijuana. BERRONES-Moncivais advised Agents he was informed by the unknown male subject that the truck had a hole in the bottom of the truck and the marijuana was going to be given to him from somewhere in the ground. BERRONES-Moncivias advised the Agents he got offered to get paid for loading the truck but advised he was never given the amount. BERRONES-Moncivias also claimed he was forced to load the marijuana by members of the Gulf Cartel.

A total of approximately 402.43 kilograms of marijuana was seized by the Hidalgo Police Department in connection with BERRONES-Moncivias.